# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2094
_____

United States of America

*Plaintiff - Appellee*

v.

Taliaferro D. Thompson, also known as Taliaferro Thompson

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: December 23, 2024
Filed: December 30, 2024
[Unpublished]
_____

Before GRUENDER, BENTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Taliaferro Thompson appeals the sentence imposed by the district court[1] after
he pleaded guilty to bank robbery and a firearm offense pursuant to a written plea

---

[1]The Honorable Brian C. Buescher, United States District Judge for the District
of Nebraska.

agreement containing an appeal waiver. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

We conclude that the appeal wavier is valid, enforceable, and applicable to the issue raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (stating that this court reviews de novo the validity and applicability of an appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (stating that an appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel leave to withdraw and dismiss the appeal.

_____